# LODGED

SEP 15 2016

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MONTANA
## BILLINGS DIVISION

**FILED**

SEP 15 2016

Clerk, U S District Court
District Of Montana
Billings

IN THE MATTER OF THE SEARCH
OF INFORMATION ASSOCIATED
WITH FACEBOOK USER IDs

Facebook user name:

WWW.FACEBOOK.COM/
HARMONY.HAHM,

WWW.FACEBOOK.COM/
HARMONYLOCKE.3,

WWW.FACEBOOK.COM/PROFILE.
PHP?ID=100011393964581

THAT ARE STORED AT
PREMISES CONTROLLED BY
FACEBOOK INC.

Case No. MJ 16-101-BLG-CSO

UNDER SEAL

## ORDER

The United States has submitted an Application pursuant to 18 U.S.C. §

2705(b), requesting that the Court issue an Order commanding FACEBOOK, an

electronic communications service provider and/or a remote computing service,

not to notify any person (including the subscribers or customers of the account

listed in the search warrant) of the existence of the search warrant in this case until

further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the search warrant in this case will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that FACEBOOK shall not disclose the existence of the search warrant in this case, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that FACEBOOK may disclose the search warrant in this case to an attorney for FACEBOOK for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the Application and this Order are sealed until otherwise ordered by the Court.

_Sept. 15, 2016_
Date

_____
CAROLYN S. OSTBY
United States Magistrate Judge